In the

# United States Court of Appeals

For the Eleventh Circuit

---

No. 26-10844

---

DANIEL A. FRISHBERG,

*Plaintiff-Appellant,*

*versus*

UNIVERSITY OF SOUTH FLORIDA BOARD OF TRUSTEES,
HRSE-CAPSTONE TAMPA, LLC,

*Defendants-Appellees.*

---

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:24-cv-00022-TPB-NHA

---

ORDER:

Daniel Frishberg's motion to proceed in forma pauperis on appeal is DENIED because the appeal is frivolous. *See Bilal v. Driver*, 251 F.3d 1346, 1349 (11th Cir. 2001).

/s/ Robert J. Luck

UNITED STATES CIRCUIT JUDGE